UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Byron Chapman<br><br>                    Plaintiff(s)<br><br>          v.<br><br>Picazo Café et al.<br><br>                    Defendant(s). | Case No. 4:16-cv-01524-KAW<br><br>CONSENT OR DECLINATION<br>TO MAGISTRATE JUDGE<br>JURISDICTION |

☒  **Consent to Magistrate Judge Jurisdiction**

   In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

   **OR**

☐  **Decline Magistrate Judge Jurisdiction**

   In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE:   June 1, 2016

NAME:   LAW OFFICE OF HELEN L. MARSH

COUNSEL FOR   Defendants Vernon Poncia and Clarence Poncia

/s/ Helen L. Marsh

Helen L. Marsh
PO Box 2157
Sonoma, CA  95476
707-935-7085
helenmarsh@comcast.net

United States District Court
Northern District of California