1  THOMAS E. FRANKOVICH (S.B.N. 074414)
2  THOMAS E. FRANKOVICH,
   *A PROFESSIONAL LAW CORPORATION*
3  702 Mangrove Avenue, #304
   Chico, CA 95926
4  Telephone:    (415) 444-5800
   Facsimile:    (415) 674-9900
5  Email:        tfrankovich@disabilitieslaw.com
6
7  Attorney for Plaintiff

8              **UNITED STATES DISTRICT COURT**
9
10             **NORTHERN DISTRICT OF CALIFORNIA**

11 BYRON CHAPMAN,                    )  CASE NO. 16-cv-01524
                                     )
12      Plaintiff,                   )
                                     )  **STIPULATION OF DISMISSAL AND**
13 v.                                )  **[PROPOSED] ORDER THEREON**
                                     )
14                                   )
   PICAZO CAFE, *et al.*,            )
15                                   )
        Defendants.                  )
16                                   )
                                     )
17 _____   )

18

19

20      The Parties, by and through their respective counsel, stipulate to dismissal of this
21 action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).

22      IT IS HEREBY STIPULATED by and between parties to this action through their
23 designated counsel that the above-captioned action become and hereby is dismissed with
24 prejudice and each side is to bear its own costs and attorneys' fees.

25      The parties further consent to and request that the Court retain jurisdiction over
26 enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994)
27 (empowering the district courts to retain jurisdiction over enforcement of settlement
28 agreements).

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

Respectfully Submitted,

Dated: January 11, 2017          THOMAS E. FRANKOVICH, APLC
                                 *A PROFESSIONAL LAW CORPORATION*

                                 By: /s/ Thomas E. Frankovich
                                 Thomas E. Frankovich
                                 Attorney for Plaintiff

Dated: January 11, 2017          Law office of Helen L. Marsh


                                 By: /s/ Helen L. Marsh
                                 Helen L. Marsh
                                 Attorney for Defendants

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2) and each side is to bear its own costs and attorneys' fees. IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: 1/13, 2017

Hon. Kandis A. Westmore
UNITED STATES DISTRICT COURT JUDGE